AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

E-mail Account **weld_metal_co@yahoo.com**
Maintained on Computer Servers Operated
by YAHOO, Inc., Headquartered at
701 First Avenue,
Sunnyvale, California

**SEARCH WARRANT**

CASE NUMBER: **09-280-M-01**

TO: __Steven Fisher__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by_U.S. Department of Commerce, Special Agent Steven Fisher_ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location) e-mail account identified by user account **weld_metal_co@yahoo.com** maintained on computer servers operated by YAHOO!,Inc., Headquartered at 701 First Avenue, Sunnyvale, California, and more fully described in ATTACHMENT A to this application

in the Northern District of California, there is now concealed certain property the disclosure of which is governed by 18 U.S.C. §§ 2701-2711, namely (describe the person or property)

contents of electronic e-mails and other electronic data more fully described in the Application and ATTACHMENT A to this Application (which are both incorporated into this Warrant as if set forth fully herein).

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now on the premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before __MAY 2 2 2009__
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

**MAY 13 2009** at Washington, D.C.

Date and Time Issued

**ALAN KAY**
**U.S. MAGISTRATE JUDGE**

Name and Title of Judicial Officer

Signature of Judicial Officer

AO 93       (Rev. 12/03)  Search Warrant (Reverse)

| **RETURN** | **Case Number:** 09-280-M-01 | |
|---|---|---|
| DATE WARRANT RECEIVED<br>5/13/2009 | DATE AND TIME WARRANT EXECUTED<br>5/13/2009 10:16 am PST | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Thomas Sacco, Yahoo! Legal |
| INVENTORY MADE IN THE PRESENCE OF<br>Special Agent Todd Harris | | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

1. (1) DVD disc containing copies of the electronic mail and files maintained by Yahoo! for the account weld_metal_co@yahoo.com

**FILED**

JUN 1 1 2009

Clerk, U.S. District and
Bankruptcy Courts

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

X _[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_        06/11/09
Signature of Judge        Date